UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES A. TAYLOR** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NUMBER:** |
| | * | |
| **ODYSSEA MARINE INC. AND** | * | **SECTION:** |
| | * | |
| **ROWAN COMPANIES, INC.** | * | **MAGISTRATE:** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COMPLAINT

NOW INTO COURT, through undersigned counsel, comes complainant, Charles A. Taylor, a person of full legal age and a citizen and domiciliary of Washington Parish, Louisiana. Complainant avers the following:

**I.**

Jurisdiction is based upon the Jones Act, 46 USC 688.

**II.**

Made party defendants herein are **ODYSSEA MARINE, INC.,** a Louisiana corporation with its principal place of business in Baton Rouge, Louisiana, licensed to do and doing business in this district and state; and **ROWAN COMPANIES, INC.,** a Delaware corporation with its principal place of business in Houston, Texas, yet licensed to do and doing business in this district and state.

**III.**

On or about April 27, 2011, complainant was employed by defendant, Odyssea Marine, Inc., assigned to the supply boat, *Odyssea Leader,* as a seaman in the capacity of deckhand/engineer.

**IV.**

On April 27, 2011, complainant was caused injury to his left knee and mind when he was caused to severely injure his left knee while preparing a rig hose for the transfer of barite from the vessel, *Odyssea Leader,* to the jack-up rig, *Gorilla 3*. While moving the rig hose across the vessel's deck, and having to cross a back deck full of cut boxes, the alleged crane operator slacked the line holding the hose too much, causing the weight of the hose to dangerously increase while suspended from the crane, thereby causing complainant's body to twist and causing him to trip and fall among the cut boxes. As a result of the accident, complainant severely injured his left knee.

**V.**

At all material times herein the *Odyssea Leader* was owned, operated and controlled by defendant, Odyssea Marine, Inc.

**VI.**

At all material times herein, Rowan Companies, Inc. owned, operated and controlled the jack-up rig, *Gorilla 3*.

**VII.**

A proximate cause of the accident herein was the negligence attributable to defendant, Odyssea Marine, Inc. in failing to furnish complainant a safe place to work. A proximate cause of the accident and injuries herein was the unseaworthy condition of the *Odyssea Leader*.

### VIII.

A proximate cause of the accident herein was the negligence attributable to defendant, Rowan Companies, Inc., in negligently paying out too much cable causing the weight of the load to increase upon complainant and causing complainant to fall, in paying out cable without appropriate hand signal, in failing to off load cut boxes from the *Odyssea Leader* before lowering the hose down to the vessel for barite transfer and in failing to have a properly certificated crane operator operating the crane at the time of accident.

### IX.

As a direct and proximate result of the accident herein, Charles A. Taylor sustained injury to his left knee and mind and damages of past and future mental and physical pain and suffering, past and future lost wages, past and future medical expenses, found, loss of enjoyment of life and any and all other related damages and expenses allowed by law, all for which complainant is entitled to sue and recover from the defendants herein for the full and total sum of FOUR MILLION ($4,000,000.00) DOLLARS.

### X.

Maintenance and cure is being paid by Odyssea Marine, Inc. Demand is made for an appropriate rate of maintenance and for appropriate cure, and for all damages allowed under the general maritime law associated with said claim, including attorney fees, compensatory damages and punitive damages from said employer.

**WHEREFORE**, complainant, Charles A. Taylor, demands judgment against the defendants herein for the full and total sum of FOUR MILLION ($4,000,000.00) DOLLARS, altogether with legal interest thereon from the date of the accident herein until paid, for proper maintenance and cure

and related compensatory and punitive damages and attorney fees from the employer, for all costs of these proceedings and all appropriate, general and equitable relief.

        Respectfully submitted,

        DISCON LAW FIRM

        BY: <u>S/ THOMAS M. DISCON</u>
            THOMAS M. DISCON, T.A. #14219
            424 N. Causeway Blvd., Suite A
            Mandeville, Louisiana   70448
            Telephone:   (985) 674-9748
            Facsimile:   (985) 674-9749
            tdiscon@disconlawfirm.com

**PLEASE SERVE:**

**ODYSSEA MARINE, INC.**
**through registered agent for process:**
**CORPORATION SERVICE COMPANY**
**320 SOMERULOS STREET**
**BATON ROUGE, LA 70802**

**ROWAN COMPANIES, INC.**
**through registered agent for process:**
**CORPORATION SERVICE COMPANY**
**320 SOMERULOS STREET**
**BATON ROUGE, LA 70802**